IN RE:  CASE NO. 05-58411-S

DEBORAH A. RHODES
ROBERT A. RHODES
    Debtors

CHAPTER 7

REPORT OF DIVIDEND
UNDER FIVE DOLLARS

FILED
2011 JUN -6 PM 3:25
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

    Harold A. Corzin, Trustee herein, reports that check #117 in the amount of $.48 was issued on May 23, 2011 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

| | | Amt. of Dividend |
|---|---|---|
| Claim #2 | Dr. Anthony Locastro MD<br>300 Locust St. #400<br>Akron, Ohio 44302 | $ .48 |
| TOTAL: | | $ .48 |

*Ck # 117*
*Receipt # 82394*

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

May 23, 2011